### 63291. MATHIS v. THE STATE.

DEEN, Presiding Judge.

The defendant appeals from her conviction of theft by deception (Code § 26-1803) under an accusation and supporting evidence that she persuaded a local grocer to let her have groceries worth $47.86 upon her promise to pay for them on the following Friday, which promise she failed to keep.

The gravamen of Code § 26-1803 (a) lies in obtaining the property of another by intentionally creating a false impression as to an existing fact or past event. Creating a false impression as to a future event, particularly, in this case, by a promise of future payment, is not sufficient. "The evidence here shows that the appellant offered to pay in the future for goods to be delivered in the present," whereupon "[t]he sole 'interest' that the merchants had in the goods was a right to future payment pursuant to the sales contract." *Elliott v. State,* 149 Ga. App. 579, 580, 581 (254 SE2d 900) (1979). See to the same effect *Croy v. State,* 133 Ga. App. 244 (211 SE2d 183) (1974). The conviction is thus without supporting evidence as there was no false representation as to an existing fact.

*Judgment reversed. Sognier and Pope, JJ., concur.*

DECIDED FEBRUARY 11, 1982.

*Daniel J. Sammons,* for appellant.
*Howard Oliver, Jr.,* for appellee.